**ORDERED ACCORDINGLY.**

1

**TIFFANY & BOSCO**
P.A.

2

**2525 EAST CAMELBACK ROAD**

Dated: July 06, 2010

3

**SUITE 300**

**PHOENIX, ARIZONA 85016**

4

**TELEPHONE: (602) 255-6000**

_____

5

**FACSIMILE: (602) 255-0192**

**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**

6

Mark S. Bosco
State Bar No. 010167

7

Leonard J. McDonald
State Bar No. 014228

8

Attorneys for Movant

9

10-11483

10

### IN THE UNITED STATES BANKRUPTCY COURT

11

### FOR THE DISTRICT OF ARIZONA

12

13

IN RE:

No. 2:10-BK-12096-GBN

14

Antonio F. Palacios and Cecillia A.  Palacios
            Debtors.

Chapter 13

15

ORDER

16

Wells Fargo Bank, N.A.
                Movant,

(Related to Docket #24)

17

        vs.

18

Antonio F. Palacios and Cecillia A.  Palacios,
Debtors, Edward J. Maney, Trustee.

19

20

            Respondents.

21

22

        Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed

23

Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any,

24

and no objection having been received, and good cause appearing therefore,

25

        IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

26

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated March 10, 2004 and recorded in the office of the Pinal County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Antonio F. Palacios and Cecillia A. Palacios have an interest in, further described as:

LOT 54, STONERIDGE, ACCORDING TO THE PLAT OF RECORD IN THE OFFICE OF THE
COUNTY RECORDER OF PINAL COUNTY, ARIZONA, RECORDED IN CABINET D, SLIDE 4.

IT IS FURTHER ORDERED that Movant may contact the Debtors by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.